Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Michael J. Lennon
Mark A. Hannemann
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)

*Attorneys for Robert Bosch LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BOSCH LLC, | Case No. 2:10-cv-1930 |
| Plaintiff, | **COMPLAINT** |
| v. | [JURY TRIAL DEMANDED] |
| ADM21 CO., LTD. ADM USA, and ADM NORTH AMERICA, | |
| Defendant. | |

Plaintiff Robert Bosch LLC ("Bosch"), through its attorneys, for its complaint against Defendant ADM21 Co., Ltd., Defendant ADM USA and Defendant ADM North America (collectively, "Defendants"), avers as follows:

1. This action arises under the patent laws of the United States, Title 35 of the United States Code (for example, 35 U.S.C. §§ 271, 281, 283, 284, and 285) as hereinafter more fully appears. This Court has jurisdiction over the subject matter of the action pursuant to 28 U.S.C. §§ 1331 and 1338.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2. On April 29, 2003, United States Letters Patent No. 6,553,607 (attached as Exhibit A) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

3. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the GF4 wiper blade products, and will continue to do so unless enjoined by this Court.

4. On September 20, 2005, United States Letters Patent No. 6,944,905 (attached as Exhibit B) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

5. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the XF4 wiper blade products, and will continue to do so unless enjoined by this Court.

6. On December 13, 2005, United States Letters Patent No. 6,973,698 (attached as Exhibit C) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

7. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the GF4 and XF4 wiper blade products, and will continue to do so unless enjoined by this Court.

8. Defendants' infringement has caused and will continue to cause damage and irreparable harm to Bosch until enjoined by this Court.

WHEREFORE, Plaintiff demands an injunction against continued infringement, an

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

award of damages, an assessment of interest and costs against Defendants, and such other relief as the Court may find just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

LIONEL SAWYER & COLLINS

By: /s/ Cam Ferenbach
Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Michael J. Lennon
Mark A. Hannemann
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)

Attorneys for Robert Bosch, LLC

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3