# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT BOSCH LLC, | Case No.: 2:10-cv-01924-RLH-RJJ |
| Plaintiff, | (Motion for Transfer or Reassignment of Case–#7) |
| vs. | |
| COREA AUTOPARTS PRODUCING CORPORATION, and CAP AMERICA, | |
| Defendants. | |
| ROBERT BOSCH LLC, | Case No.: 2:10-cv-01925-JCM-LRL |
| Plaintiff, | (Motion for Transfer or Reassignment of Case–#7) |
| vs. | |
| CHIN PECH CO., LTD., | |
| Defendant. | |
| ROBERT BOSCH LLC, | Case No.: 2:10-cv-01926-JCM-LRL |
| Plaintiff, | (Motion for Transfer or Reassignment of Case–#7) |
| vs. | |
| JIUJIANG YADA TRAFFIC EQUIPMENT CO., LTD., | |
| Defendant. | |

1

| | | | |
|---|---|---|---|
| 1 | ROBERT BOSCH LLC, | ) | Case No.: 2:10-cv-01927-RLH-PAL |
| 2 | Plaintiff, | ) | (Motion for Transfer or Reassignment of Case–#7) |
| 3 | vs. | ) | |
| 4 | NINGBO XINHAI XINHAI AUTOMOBILE WIPER BLADE MANUFACTURING CO., LTD., | ) | |
| 6 | Defendant. | ) | |
| 7 | ROBERT BOSCH LLC, | ) | Case No.: 2:10-cv-01928-RLH-LRL |
| 8 | Plaintiff, | ) | (Motion for Transfer or Reassignment of Case–#7) |
| 10 | vs. | ) | |
| 11 | OCEAN AUTOMOBILE APPARATUS CO., LTD., | ) | |
| 12 | Defendant. | ) | |
| 13 | ROBERT BOSCH LLC, | ) | Case No.: 2:10-cv-01929-RLH-RJJ |
| 14 | Plaintiff, | ) | (Motion for Transfer or Reassignment of Case–#7) |
| 16 | vs. | ) | |
| 17 | SHB INTERNATIONAL, INC., and SEN-UAB SHENGHUABO GROUP, | ) | |
| 18 | Defendants. | ) | |
| 19 | ROBERT BOSCH LLC, | ) | Case No.: 2:10-cv-01930-RLH-LRL |
| 20 | Plaintiff, | ) | (Motion for Transfer or Reassignment of Case–#7) |
| 22 | vs. | ) | |
| 23 | ADM21 CO., LTD., ADM USA, and ADM NORTH AMERICA, | ) | |
| 24 | Defendants. | ) | |
| 25 | /// | | |
| 26 | /// | | |

AO 72
(Rev. 8/82)

| | | |
|---|---|---|
| 1 | ROBERT BOSCH LLC, ) | Case No.: 2:10-cv-01931-RLH-LRL |
| 2 | Plaintiff, ) | (Motion for Transfer or Reassignment of Case–#7) |
| 3 | vs. ) | |
| 4 | ZHEJIANG WANDEYUAN VEHICLE FITTINGS CO., LTD., ) | |
| 5 | ) | |
| 6 | Defendant. ) | |
| 7 | ROBERT BOSCH LLC, ) | Case No.: 2:10-cv-01932-RLH-LRL |
| 8 | Plaintiff, ) | (Motion for Transfer or Reassignment of Case–#7) |
| 9 | vs. ) | |
| 10 | UNIPOINT ELECTRIC MFG. CO., LTD., and UNIPOINT NORTH AMERICA, ) | |
| 11 | ) | |
| 12 | Defendants. ) | |
| 13 | ROBERT BOSCH LLC, ) | Case No.: 2:10-cv-01933-ECR-PAL |
| 14 | Plaintiff, ) | (Motion for Transfer or Reassignment of Case–#7) |
| 15 | vs. ) | |
| 16 | TRANSBEC, ) | |
| 17 | Defendant. ) | |

Before the Court are ten identical motions filed by Plaintiff Robert Bosch LLC ("Bosch") in the above captioned cases. Each motion is a **Motion for Transfer or Reassignment of Case** (#7), filed November 10, 2010. Defendants did not oppose these motions.

These disputes arises from Bosch's allegations of patent infringement. On November 3, 2010, Bosch filed ten complaints in this Court against various entities:

- *Robert Bosch LLC v. Corea Autoparts Producing Corp. et al.*, 2:10-cv-1924-RLH-RJJ
- *Robert Bosch LLC v. Chin Pech Co., Ltd.*, 2:10-cv-1925-JCM-LRL
- *Robert Bosch LLC v. Jiujiang Yada Traffic Equip. Co., Ltd.*, 2:10-cv-1926-JCM-LRL

3

1   • *Robert Bosch LLC v. Ningbo Xinhai Aiduo Auto. Wiper Blade Mfg. Co., Ltd.*, 2:10-cv-1927-RLH-PAL

2   • *Robert Bosch LLC v. Ocean Auto. Apparatus Co., Ltd.*, 2:10-cv-1928-RLH-LRL

3   • *Robert Bosch LLC v. SHB Int'l, Inc. et al.*, 2:10-cv-1929-RLH-RJJ

4   • *Robert Bosch LLC v. ADM21 Co., Ltd. et. al.*, 2:10-cv-1930-LRH-LRL

5   • *Robert Bosch LLC v. Zhejiang Wandeyuan Vehicle Fittings Co., Ltd.*, 2:10-cv-1931-RLH-LRL

6   • *Robert Bosch LLC v. Unipoint Electric Mfg. Co., Ltd. et al.*, 2:10-cv-1032-RLH-LRL

7   • *Robert Bosch LLC v. Transbec*, 2:10-cv-1933-ECR-PAL

Each complaint alleges that Defendants, most of which are non-United States entities, infringed on Bosch's patented automotive products (*i.e.* wiper blade products). Bosch now asks the Court to consolidate the ten cases and have one judge handle the matters in a coordinated fashion. Bosch maintains that the similar nature of the claims would create efficiency and supports his request for consolidation. The Court also notes that six of the ten cases are already assigned to these chambers.

The Court recognizes that consolidating all ten cases may promote efficiency for Bosch. However, since filing the motions to transfer, Bosch has filed motions for entry of clerk's default in five of the ten cases. *Chin Pech Co.*, 2:10-cv-1925-JCM-LRL; *Jiujiang Yada Traffic Equip. Co.*, 2:10-cv-1926-JCM-LRL; *Ningbo Xinhai Aiduo Auto. Wiper Blade Mfg. Co.*, 2:10-cv-1927-RLH-PAL; *Ocean Auto. Apparatus Co.*, 2:10-cv-1928-RLH-LRL; *Zhejiang Wandeyuan Vehicle Fittings Co.*, 2:10-cv-1931-RLH-LRL. Efficiency will not be achieved by transferring these cases (three of which are already assigned to these chambers) simply to finish the default process. The Court will, however, transfer and consolidate the two cases, *Transbec*, 2:10-cv-1933-ECR-PAL and *ADM21 Co.*, 2:10-cv-1930-LRH-LRL, where Bosch has not filed motions for entry of clerk's default and are not currently assigned to these chambers. Once the dusts settles, eight of the ten cases will be assigned to these chambers.

///

AO 72
(Rev. 8/82)

# CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Bosch's Motion for Transfer or Reassignment of Case (#7) is:

- GRANTED in part as to *Robert Bosch LLC v. Transbec*, 2:10-cv-1933-ECR-PAL and *Robert Bosch LLC v. ADM21 Co.*, 2:10-cv-1930-LRH-LRL; and

- DENIED in part as to *Robert Bosch LLC v. Chin Pech Co.*, 2:10-cv-1925-JCM-LRL; and *Robert Bosch LLC v. Jiujiang Yada Traffic Equip. Co.*, 2:10-cv-1926-JCM-LRL.

Dated: January 25, 2011.

_____
ROGER L. HUNT
Chief United States District Judge