Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Mark A. Hannemann, admitted *pro hac vice*
Jeffrey S. Ginsberg, admitted *pro hac vice*
Richard M. Cowell, admitted *pro hac vice*
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)

*Attorneys for Robert Bosch LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADM 21 CO., LTD.; ADM USA; and ADM NORTH AMERICA,<br><br>　　　　Defendants. | Case No.  2:10-cv-01930-RLH-LRL<br><br>**FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

　　　　Plaintiff Robert Bosch LLC ("Plaintiff"), through its attorneys, for its first amended complaint against Defendant ADM21 Co., Ltd., Defendant ADM USA and Defendant ADM North America (collectively, "Defendants"), avers as follows:

　　　　1.　　This action arises under the patent laws of the United States, Title 35 of the United States Code (for example, 35 U.S.C. §§ 271, 281, 283, 284, and 285) as hereinafter more fully appears.  This Court has jurisdiction over the subject matter of the action pursuant to 28 U.S.C. §§ 1331 and 1338.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

- 1 -

2. On February 25, 2003, United States Letters Patent No. 6,523,218 (attached as Exhibit A) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

3. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the XF4 wiper blade products, and will continue to do so unless enjoined by this Court.

4. On April 29, 2003, United States Letters Patent No. 6,553,607 ("the '607 patent") (attached as Exhibit B) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

5. Defendants have infringed and still are infringing those Letters Patent indirectly by making, importing, offering for sale, using, and selling the XF4 wiper blade products with connectors specifically adapted to couple the XF4 wiper blade products to wiper arms such as the "side lock" ("side pin") wiper arm depicted in Exhibit B-1, and will continue to do so unless enjoined by this Court.

6. Defendants have known from at least as early as the date of the service of the Complaint (D.I. 12, 13) that the XF4 products, when used with "side lock" wiper arms, directly infringe the '607 patent.

7. On information and belief, Defendants instruct customers to infringe by advertising the infringing use on their website and including installation instructions with XF4 wiper blades, which show how to assemble the wiper blade with the connector to fit the "side lock" wiper arm. *See* Exhibit B-1 attached hereto.

8. On September 2, 2003, United States Letters Patent No. 6,611,988 (attached as Exhibit C) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

9. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  embodying the patented invention, such as the XF4 wiper blade products, and will continue to
2  do so unless enjoined by this Court.

3        10.    On January 4, 2005, United States Letters Patent No. 6,836,926 (attached as
4  Exhibit D) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the
5  owner of those Letters Patent.

6        11.    Defendants have infringed and still are infringing those Letters Patent directly
7  and indirectly by making, importing, offering for sale, using, and selling wiper blades
8  embodying the patented invention, such as the XF4 wiper blade products, and will continue to
9  do so unless enjoined by this Court.

10        12.    On September 20, 2005, United States Letters Patent No. 6,944,905 (attached
11  as Exhibit E) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the
12  owner of those Letters Patent.

13        13.    Defendants have infringed and still are infringing those Letters Patent directly
14  and indirectly by making, importing, offering for sale, using, and selling wiper blades
15  embodying the patented invention, such as the XF4 wiper blade products, and will continue to
16  do so unless enjoined by this Court.

17        14.    On December 13, 2005, United States Letters Patent No. 6,973,698 (attached
18  as Exhibit F) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the
19  owner of those Letters Patent.

20        15.    Defendants have infringed and still are infringing those Letters Patent directly
21  and indirectly by making, importing, offering for sale, using, and selling wiper blades
22  embodying the patented invention, such as the XF4 wiper blade products, and will continue to
23  do so unless enjoined by this Court.

24        16.    Defendants' infringement has caused and will continue to cause damage and
25  irreparable harm to Bosch until enjoined by this Court.

26
27

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  WHEREFORE, Plaintiff demands an injunction against continued infringement, an award of damages under at least 35 U.S.C. § 284, including both compensatory damages and treble damages for willful infringement, an assessment of interest and costs against Defendants as well as attorneys' fees as provided by 35 U.S.C. § 285, and such other relief as the Court may find just and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury as to all issues so triable.

Dated this 13th day of July, 2011.

By: /s/ Jennifer L. Braster
Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888

Mark A. Hannemann
Jeffrey S. Ginsberg
Richard M. Cowell
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

*Attorneys for Robert Bosch, LLC*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

- 4 -

**CERTIFICATE OF SERVICE**

I, Jennifer Braster, hereby certify that on July 13, 2011, a true and correct copy of the within document PLAINTIFF ROBERT BOSCH LLC'S FIRST AMENDED COMPLAINT was caused to be served on the following counsel of record, in the manner indicated below:

**<u>VIA ELECTRONIC MAIL:</u>**

Michael D. Rounds
Watson Rounds, PC
5371 Kietzke Lane
Reno, NV 89511
Mrounds@watsonrounds.com

Russell Levine
Craig Leavell
Bryce Budin
Matthew Shiels
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Russell.Levine@kirkland.com
Craig.Leavell@kirkland.com
Bryce.Budin@kirkland.com
Matthew.Shiels@kirkland.com

/s/ Jennifer L. Braster

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888