1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**
           **DISTRICT OF NEVADA**

7

8     ROBERT BOSCH LLC                          )         Case #  2:10-cv-01930-RLH-LRL
                                                 )        _____
9                    Plaintiff,                  )
                                                 )       **VERIFIED PETITION FOR**
10          vs.                                  )       **PERMISSION TO PRACTICE**
                                                 )       **IN THIS CASE ONLY BY**
11    ADM 21 CO., LTD.; ADM USA; and ADM NORTH   )       **ATTORNEY NOT ADMITTED**
      AMERICA                                    )       **TO THE BAR OF THIS COURT**
12                                               )       **AND DESIGNATION OF**
                                                 )       **LOCAL COUNSEL**
13                   Defendant(s).               )
                                                 )       EFFECTIVE JUNE 1, 2004
14    _____)       FILING FEE IS $175.00

15

16          _____Elizabeth A. Cutri_____, Petitioner, respectfully represents to the Court:

17

18          1.      That Petitioner resides at _____Chicago_____.
                                                              (city)
19
            _____Cook_____, _____Illinois_____.
20              (county)                        (state)

21

22          2.      That Petitioner is an attorney at law and a member of the law firm of

23    _____Kirkland & Ellis LLP_____ with offices at

24    _____300 N. LaSalle Street, 25th Floor_____,

25    _____Chicago_____(street address)____, ___60654___, ___(312) 862-7160___.
         (city)                                  (zip code)    (area code + telephone number)

26    _____elizabeth.cutri@kirkland.com_____.

27        *(Email address)*

28

3.    That Petitioner has been retained personally or as a member of the law firm by

ADM 21 Co., Ltd.; ADM USA; and ADM North America       to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

4.    That since _____11-06-2008_____, Petitioner has been and presently is a member
(date)

in good standing of the bar of the highest Court of the State of_____Illinois_____
(state)

where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois State Court | 11-06-2008 | 6297285 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

6.    That there are or have been no disciplinary proceedings instituted against Petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

7.      Has Petitioner ever been denied admission to the State Bar of Nevada?.  (If yes, give particulars of every denied admission):

No.

8.      That Petitioner is a member of good standing in the following Bar Associations:

9.      Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 09/05/2008 | 08-cv-0967 | USDC DNV | Granted |
| 01/23/2009 | 08-cv-0967 | USDC DNV | Granted |
| 05/03/2010 | 08-cv-0116 | USDC DNV | Granted |
| 05/24/2010 | 04-cv-01199 | USDC DNV | Granted |
| | | **CONTINUED ON ATTACHED PAGE | |

(If necessary, please attach a statement of additional applications)

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____
                              Petitioner's Signature

5

6   STATE OF _____Illinois_____ )

7   COUNTY OF _____Cook_____ )

8   _____Elizabeth A. Cutri_____, Petitioner, being first duly sworn, deposes and says:

9

10   That the foregoing statements are true.

11   _____
                              Petitioner's Signature

12

13   Subscribed and sworn to before me this

14   _5TH_ day of _AUGUST_, _2011_.

15   _____Christine Kasperek_____
        Notary public or Clerk of Court

**"OFFICIAL SEAL"**
**Christine Kasperek**
**Notary Public, State of Illinois**
My Commission Expires February 24, 2013

16

17

18   ### DESIGNATION OF RESIDENT ATTORNEY

19   ### ADMITTED TO THE BAR OF THIS COURT
### AND CONSENT THERETO.

20

21       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

22   believes it to be in the best interests of the client(s) to designate _____Michael D. Rounds_____,

23   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

24   above-entitled Court as associate residence counsel in this action.  The address of said designated

25   Nevada counsel is:

26   Watson Rounds, 5371 Kietzke Lane, Reno, NV 89511
(775) 324-4100

27                  (Street, City, State, Zip Code and Telephone No.)

28

1

2          By this designation the Petitioner and undersigned party(ies) agree that this designation

3    constitutes agreement and authorization for the designated resident admitted counsel to sign

4    stipulations binding on all of us.

5

6              **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

7

8          The undersigned party(ies) appoints _____ Michael D. Rounds _____ as

9    his/her/their Designated Resident Nevada Counsel in this case.

10

11                          _____
                                  (Party signature)
12
13                          _____
                                  (Party signature)
14
15                          _____
                                  (Party signature)

16
                               **CONSENT OF DESIGNEE**
17

18          The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20                          _____  4734
21                          Designated Resident Nevada Counsel's Signature    Bar number

22

23    DENIED pursuant to Local Rule LR IA 10-2(I).

24    Dated: this 8th day of August , 2011.

25

26    _____

27    UNITED STATES DISTRICT JUDGE

28

                                      5                        Rev 07,06

**9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters (cont.):

| Date of Application | Cause | Title of Court | Granted or Denied |
|---|---|---|---|
| 09/28/2010 | 08-cv-01463 | USDC DNV | Granted |
| 01/24/2011 | 10-cv-01930 | USDC DNV | Granted |
| 04/12/2011 | 10-cv-01930 | USDC DNV | Granted |
| 05/03/2011 | 10-cv-01356 | USDC DNV | Granted |