UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT BOSCH LLC, ) | Case No.: 2:10-cv-1930-RLH-LRL |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| vs. ) | (Motion to Consolidate–#64) |
| ) | |
| ADM21 CO. LTD.; ADM USA; and ADM ) | |
| NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |

Before the Court is Robert Bosch LLC's **Motion to Consolidate** (#64, filed Aug. 2, 2011) with *Bosch v. Corea Autoparts Producing Corp.*, 2:10-cv-01924-RLH-LRL. However, the Court has granted a motion to transfer in the *Corea Autoparts* case. Thus, it cannot consolidate this case with *Corea Autoparts* and the Court denies the motion as moot.

**CONCLUSION**

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Consolidate (#64) is DENIED as moot.

Dated: September 13, 2011.

_____
ROGER L. HUNT
United States District Judge

AO 72
(Rev. 8/82)

1