UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT BOSCH LLC, ) | Case No.: 2:10-cv-01930-RLH-RJJ |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| vs. ) | (Motion for Stay–#103) |
| ) | |
| ADM21 CO., LTD.; ADM USA; and ADM ) | |
| NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |

      Before the Court is Defendants ADM21 Co., Ltd., ADM USA, and ADM North America's (collectively "ADM") **Motion for Stay** (#103, filed Dec. 21, 2011). Plaintiff Robert Bosch LLC ("Bosch") does not oppose the motion.

      ADM moves for a stay pursuant to 28 U.S.C. § 1659(a) because Robert Bosch LLC recently filed a complaint with the International Trade Commission ("ITC") naming ADM as a respondent. Under § 1659(a), a party accused of infringement in both an ITC action and a civil action is entitled to a stay of the civil action until the termination of the ITC investigation. Further, Bosch does not oppose ADM's motion. Thus, the Court grants the motion.

/

/

Additionally, the Court orders the parties to submit a status report every six months until the termination of the ITC investigation. The first such report shall be filed no later than July 1, 2012. Finally, the Court administratively closes the case until the parties request that it be reopened.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that ADM's Motion for Stay (#103) is GRANTED. The parties shall submit status reports as described above.

IT IS FURTHER ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened if necessary.

Dated: January 3, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**