Todd M. Touton, Nevada Bar No. 1744
Marla J. Hudgens, Nevada Bar No. 11098
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Mark A. Hannemann, *pro hac vice*
Jeffrey S. Ginsberg, *pro hac vice*
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)
(212) 425-5288 (Fax)

*Attorneys for Robert Bosch LLC*

Michael D. Rounds, Nevada Bar No. 4734
Adam K. Yowell, Nevada Bar No. 11748
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
(775) 324-4100 (Telephone)
(775) 333-8171 (Fax)

Russell E. Levine, P.C., *pro hac vice*
Craig D. Leavell, *pro hac vice*
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, Illinois 60654
(312) 862-2000 (Telephone)
(312) 862-2200 (Fax)

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADM 21 CO., LTD.; ADM USA; and ADM NORTH AMERICA,<br><br>    Defendants. | Case No. 2:10-cv-01930-MMD-RJJ |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

1  WHEREAS, Robert Bosch LLC ("BOSCH") instituted this patent-infringement action against ADM21 Co., Ltd., ADM USA, and ADM North America (collectively, "ADM") on November 3, 2010,

WHEREAS, this patent-infringement action was stayed on January 3, 2012, pursuant to 28 U.S.C. § 1659(a), in light of the investigation in the United States International Trade Commission, captioned *In re Certain Wiper Blades*, Inv. No. 337-TA-816 (D.I. 104), and

WHEREAS, the parties have entered into a settlement agreement to resolve this action and the corresponding investigation in the United States International Trade Commission, captioned *In re Certain Wiper Blades*, Inv. No. 337-TA-816, with an effective date of January 27, 2014.

THEREFORE, pursuant to Fed. R. Civ. P. 41(a), BOSCH and ADM hereby stipulate to the dismissal of all of BOSCH's claims in this action with prejudice.  BOSCH and ADM further stipulate to the dismissal of all of ADM's counterclaims in this action with prejudice, with the exception that ADM shall not be barred by this dismissal from asserting any or all such counterclaims in response to any assertion by Bosch of infringement by ADM of any of the patents-in-suit.  Each party will bear its own costs and attorneys' fees.  The parties consent to and request that the Court retain jurisdiction to enforce the terms of their settlement agreement

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

under the authority of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

Dated: February 3, 2014                              Respectfully submitted,

 /s/ Marla J. Hudgens                                 /s/ Michael D. Rounds

Todd M. Touton                                        Michael D. Rounds
Nevada Bar No. 1744                                   Nevada Bar No. 4734
Marla J. Hudgens                                      Adam K. Yowell
Nevada Bar No. 11098                                  Nevada Bar. No. 11748
LIONEL SAWYER & COLLINS                               WATSON ROUNDS
1700 Bank of America Plaza                            5371 Kietzke Lane
300 South Fourth Street                               Reno, NV 89511-2083
Las Vegas, Nevada 89101

Mark A. Hannemann                                     Russell E. Levine, P.C.
Jeffrey S. Ginsberg                                   Craig D. Leavell
KENYON & KENYON LLP                                   Kirkland & Ellis LLP
One Broadway                                          300 North LaSalle Street, 26th Floor
New York, NY 10004                                    Chicago, IL 60654

*Attorneys for Plaintiff*                             *Attorneys for Defendants*


SO ORDERED:

Dated: __February 4,__, 2014              _____
                                          HON. MIRANDA M. DU
                                          United States District Judge